Brett D. Cragun (Utah Bar No. 8683)
Cragun & Cragun
PO Box 160234
Clearfield, UT 84016
Tel: (801) 450-3267
Fax: (801) 513-2082
Email: brett@brettcragun.com

Alyson Dykes, (CA Bar #: 319835)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com

Attorneys for Plaintiff,
Erica Crum

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| ERICA CRUM,<br>        Plaintiff,<br><br>        v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>        Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:18-cv-00370-TC<br><br>DISTRICT JUDGE TENA CAMPBELLPLEADING TITLE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Erica Crum ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/Lauren A. Shurman (with permission)* | */s/ Alyson J. Dykes* |
| Lauren A. Shurman (Bar No. 11243) | Alyson J. Dykes |
| STOEL RIVES LLP | The Law Offices of Jeffrey Lohman, P.C. |
| 201 S. Main Street, Suite 1100 | 4740 Green River Road, Suite 310, |
| Salt Lake City, UT  84111 | Corona, CA  92880 |
| T: (801) 328-3131 | Tel. (657) 500-4317 |
| E: lauren.shurman@stoel.com | Fax.  (657) 227-0270 |
| *COUNSEL FOR DEFENDANT* | E: AlysonD@jlohman.com |
| | *COUNSEL FOR PLAINTIFF* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23nd day of April 2019, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Lauren A. Shurman (Bar No. 11243)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
T: (801) 328-3131
E: lauren.shurman@stoel.com
*COUNSEL FOR DEFENDANTCOUNSEL FOR DEFENDANT*

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel. (657) 500-4317
Fax.  (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR PLAINTIFF*